THIS OPINION HAS NO PRECEDENTAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Nathaniel A. Mims,       
Appellant.
 
 
 

Appeal From Beaufort County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No.  2004-UP-143
Submitted December 23, 2003  Filed March 1, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor Randolph  Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM:  Nathaniel A. Mims was convicted 
 of trafficking in cocaine and sentenced to twenty years in prison.  Mimss appellate 
 counsel has petitioned to be relieved as counsel, stating he has reviewed the 
 record and has concluded Morgans appeal is without merit.  The sole issue on 
 appeal is whether the circuit court erred in failing suppress drug evidence.  
 No separate pro se brief was filed.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Mimss appeal and 
 grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.